| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | PHILIP A. SCARBOROUGH (SBN 254934)<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | Philip.Scarborough@usdoj.gov |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | CASE NO. 2:16-CV-2719-KJM-CKD<br><br>JOINT STIPULATION TO COMBINE PHASE ONE AND PHASE TWO DISCOVERY AND [~~PROPOSED~~] ORDER |

Plaintiff Gianfranco Ruffino and Defendant the United States of America, by and through their undersigned counsel, jointly stipulate and respectfully request that the Court enter an order modifying the Amended Pretrial Scheduling Order (ECF 11) to combine the two phases of discovery into a single phase, with a cutoff date of March 30, 2018. The requested modification will not affect any other deadline in the Amended Pretrial Scheduling Order.

Good cause for the modification exists for the following reasons. The Amended Pretrial Scheduling Order established two phases for discovery, with the first phase addressing jurisdictional and liability issues and the second phase addressing damages. The current cutoff for Phase One is December 31, 2017. The current cutoff for Phase Two is March 30, 2018. ECF 11 at 2. A number of the witnesses who need to be deposed in connection with Phase One issues have firefighting responsibilities in various state and federal government agencies. Obtaining firm deposition dates for those individuals has been challenging because of the current California fire season. Combining the two phases of discovery will permit the parties to schedule fact depositions during the winter months, outside of the

primary fire season.  Accordingly, the parties jointly stipulate and request that the two phases of discovery be combined, with a single discovery cutoff date of March 30, 2018.  This change will not require alteration of any other dates set by the Amended Pretrial Scheduling Order.

Dated:  October 13, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for the United States

Dated:  October 17, 2017

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

By: /s/ Angela Jae Chun
Angela Jae Chun
Attorneys for Plaintiff
Gianfranco Ruffino

[~~PROPOSED~~] ORDER

Before the Court is the parties' joint stipulation and request to modify the Amended Pretrial Scheduling Order to combine Phase One and Phase Two of discovery into a single phase, with a discovery cutoff date of March 30, 2018.

Good cause exists to grant the request.  Accordingly, the Amended Pretrial Scheduling Order (ECF 11) is amended to combine Phase One and Phase Two discovery, with a cutoff date of March 30, 2018.  All other dates established in the Amended Pretrial Scheduling Order (ECF 11) remain in effect.

SO ORDERED.

Dated:  October 20, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE