| | |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney<br>PHILIP A. SCARBOROUGH (SBN 254934)<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br>Philip.Scarborough@usdoj.gov | |

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CASE NO. 2:16-CV-02719-KJM-CKD<br><br>REQUEST TO CONTINUE HEARING ON DISCOVERY MOTION<br><br>DATE: November 22, 2017<br>TIME: 10:00 a.m.<br>COURT: Courtroom 24, 8th Floor<br>JUDGE: Hon. Carolyn K. Delaney |

    Defendant the United States of America has filed a motion to compel or, in the alternative, a motion for a protective order, ECF 14, which is scheduled to be heard on November 22, 2017. The parties appear to be close to reaching a negotiated resolution of the issues raised in the motion. Accordingly, the United States respectfully requests that the Court continue the hearing until November 29, 2017, at 10:00 a.m., with the parties' joint statement regarding discovery dispute to be filed one week before the hearing. Counsel for plaintiff has informed the government that plaintiff consents to the continuance.

Dated: November 15, 2017                                 PHILLIP A. TALBERT
                                                   United States Attorney

                                               By: */s/ Philip A. Scarborough*
                                                       PHILIP A. SCARBOROUGH
                                                       Assistant United States Attorney

# ORDER

GOOD CAUSE APPEARING, the United States' request to continue the hearing on its Motion to Compel or, in the Alternative, Motion for Protective Order (ECF 14) is GRANTED. The hearing is continued to November 29, 2017, at 10:00 a.m., in Courtroom 24 before the undersigned. The parties' joint statement regarding discovery dispute shall be filed no later than November 22, 2017.

IT IS SO ORDERED.

Dated: November 16, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE