McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:16-CV-02719-KJM-CKD<br><br>STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER<br><br>COURT: Courtroom 3, 15th Floor<br>JUDGE: Hon. Kimberly J. Mueller |

Plaintiff Gianfranco Ruffino and Defendant the United States of America jointly stipulate as follows and submit this request to modify the Amended Pretrial Scheduling Order (ECF 11). The purpose of the requested scheduling modification is to permit the Court to resolve the government's anticipated motion to dismiss for lack of subject matter jurisdiction before the parties conclude discovery, including expert discovery.

The Court previously entered a scheduling order that contemplated two phases of discovery, with the first phase focused on fact discovery and jurisdictional issues, and the second phase focused on damages issues. *See* ECF 11 at 2. The second phase of discovery was scheduled to close on March 30, 2018. Due to difficulty scheduling certain fact witnesses for depositions because of their firefighting responsibilities, the parties requested and the Court approved a modification to the scheduling order to combine both phases of discovery into a single phase, closing on March 30, 2018. ECF 13.

As previously noted, the government intends to file a motion to dismiss for lack of subject matter jurisdiction under the FTCA. *See* ECF 11 at 2. The current scheduling order requires the government to

file its jurisdictional motion by the close of fact discovery. *Id.*

The parties agree that the Court's ruling on the anticipated jurisdictional motion would assist them as they complete discovery, including expert discovery. If the Court grants the motion, it may be dispositive of the case, which may eliminate the need to undertake certain discovery. If the Court denies the motion in whole or in part, the ruling may help define the issues for remaining discovery. Accordingly, the parties respectfully request that the Court modify the schedule as specified below to allow time for the Court to rule on the jurisdictional motion before completion of discovery.

Proposed Schedule:

| | |
|---|---|
| Deadline for government to file its jurisdictional motion; discovery stayed pending resolution of the motion | March 23, 2018 |
| Hearing on jurisdictional motion | April 20, 2018 |
| Fact discovery resumes | July 9, 2018 |
| Fact discovery cutoff | October 5, 2018 |
| Parties submit expert reports | October 26, 2018 |
| Parties submit supplemental expert reports | November 16, 2018 |
| Expert discovery cutoff | December 21, 2018 |
| Dispositive motions hearing deadline | February 15, 2019 |
| Joint pretrial conference statement and motions in limine due | May 3, 2019 |
| Final pretrial conference | May 24, 2019 |
| Trial briefs | June 24, 2019 |
| Bench trial | July 8, 2019 |

Dated: January 19, 2018
McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for Defendant the
United States of America

Dated: January 19, 2018
CASEY GERRY SCHENK
FRANCAVILL BLATT &
PENFIELD, LLP

By: */s/ Angela J. Chun*

Angela Jae Chun
Attorneys for Plaintiff
Gianfranco Ruffino

ORDER

GOOD CAUSE APPEARING, the parties' joint stipulation and request to modify the Amended Scheduling Order is APPROVED. The case shall be governed by the schedule set forth below. The parties shall refer to the Amended Pretrial Scheduling Order (ECF 11) for the Court's other pretrial instructions.

Schedule:

| | |
|---|---|
| Deadline for government to file its jurisdictional motion; discovery stayed pending resolution of the motion | March 23, 2018 |
| Hearing on jurisdictional motion | April 20, 2018 |
| Fact discovery resumes | July 9, 2018 |
| Fact discovery cutoff | October 5, 2018 |
| Parties submit expert reports | October 26, 2018 |
| Parties submit supplemental expert reports | November 16, 2018 |
| Expert discovery cutoff | December 21, 2018 |
| Dispositive motions hearing deadline | February 8, 2019 |
| Joint pretrial conference statement and motions in limine due | May 10, 2019 |
| Final pretrial conference | May 31, 2019 |
| Trial briefs | June 24, 2019 |
| Bench trial | July 8, 2019 |

DATED: January 23, 2018

UNITED STATES DISTRICT JUDGE