Frederick Schenk, SBN 086392
*fschenk@cglaw.com*
Angela Jae Chun, SBN 248571
*ajc@cglaw.com*
Jillian F. Hayes, SBN 297536
*jhayes@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-02719-KLM-CKD<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept: Courtroom 3, 15th Floor<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER** |

Plaintiff Gianfranco Ruffino and Defendant United States of America stipulate and jointly request that the Court modify the Amended Pretrial Scheduling Order (ECF 24) issued on January 23, 2018. Specifically, the parties request that the Court move the hearing date on Defendant's jurisdictional motion from April 20, 2015, to June 15, 2018, with the Defendant's jurisdictional motion to be filed on May 18, 2018.

Good cause exists for this request:

- Counsel for Plaintiff Angela Jae Chun, Esq. is expecting her second child and is scheduled to be induced on April 17, 2018, due to medical reasons. Ms. Chun's maternity leave now begins on March 23, 2018.

- Based on the currently scheduled April 20, 2018, hearing date on Defendant's jurisdictional motion, Plaintiff's opposing papers are due on April 6, 2018.
- Counsel for Plaintiff's colleague who will be working on and opposing Defendant's jurisdictional motion for Ms. Chun while she is on maternity leave is unavailable during the end of March/early April 2018 due to a pre-planned and pre-paid family vacation.
- There is no other attorney available at Counsel for Plaintiff's firm that can oppose Defendant's jurisdictional motion in Ms. Chun's absence.
- June 15, 2018 is the first available hearing date on the Court's calendar on which both parties are available.

Based on the above, the parties stipulate and jointly request the Court modify the Amended Pretrial Order (ECF 24) to move the hearing date on Defendant's jurisdictional motion from April 20, 2018, to June 15, 2018, with Defendant's jurisdictional motion to be filed on May 18, 2018.

Dated: March 22, 2018

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

By:
 */s/ Angela Jae Chun*
Angela Jae Chun
Attorneys for Plaintiff
Gianfranco Ruffino

Dated: March 22, 2018

McGREGOR W. SCOTT
United States Attorney

By:
 */s/ Philip A. Scarborough*

«document_number» Page 2
[TITLE]

Philip A. Scarborough
Assistant United States Attorney
Attorneys for Defendant
United States of America

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation and joint request to modify the Amended Scheduling Order is APPROVED. Defendant shall file its jurisdictional motion on or before May 18, 2018, and the hearing on motion is moved from April 20, 2018 to June 15, 2018 at 10:00 a.m., in Courtroom No. 3. Discovery is stayed as of March 23, 2018. The remainder of the Court's scheduling order (ECF No. 24) remains in effect.

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT JUDGE