1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO | CASE NO. 2:16-CV-02719-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES, | |
| Defendant. | |

The parties appeared for a status conference on July 12, 2019, and have submitted a joint scheduling report. Good cause appearing, the court sets the following deadlines:

| | |
|---|---|
| Fact discovery cutoff | January 31, 2020 |
| Deadline to disclose expert reports on issues for which a party bears the burden of proof | February 28, 2020 |
| Deadline to disclose expert reports on issues for which a party does not bear the burden of proof | March 27, 2020 |
| Deadline to disclose rebuttal expert reports | April 24, 2020 |
| Expert discovery cutoff | May 22, 2020 |
| Deadline for hearing of dispositive motions | July 24, 2020 |

The Court will set final pretrial deadlines by further order after hearing any dispositive motions that are filed.

ORDER                                   1

The parties have stipulated that plaintiff may take nine additional fact depositions and that each party will be allowed to take a deposition of any expert disclosed during expert discovery.

IT IS SO ORDERED.

DATED: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE