1  McGREGOR W. SCOTT
   United States Attorney
2  RACHEL R. DAVIDSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5  Rachel.Davidson@usdoj.gov

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | CASE NO. 2:16-CV-02719-KJM-CKD <br><br> STIPULATION AND ORDER TO EXTEND CASE SCHEDULE |

The United States has requested and Plaintiff has agreed to stipulate to a request that the Court amend the current case schedule to extend the remaining expert disclosure deadlines and the deadline for hearing of dispositive motions. Counsel for the United States requests this extension on the basis that counsel is attending a mandatory, two week, training program in South Carolina, and thus needs more time to meet Defendant's expert disclosure deadline, currently set for March 27, 2020. Accordingly, the parties' request that the Court amend the current case schedule as follows:

| Event | Current Schedule | Requested Schedule |
|---|---|---|
| Deadline to disclose experts on issues which a party does not bear the burden of proof: | March 27, 2020 | **April 27, 2020** |
| Expert rebuttal reports | April 24, 2020 | **June 12, 2020** |
| Expert discovery cutoff | May 22, 2020 | **July 10, 2020** |
| Deadline for hearing on dispositive motions | July 24, 2020 | **August 28, 2020** |

STIPULATION TO EXTEND CASE SCHEDLE        1

Respectfully submitted,

Dated: February 27, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Rachel R. Davidson*
RACHEL R. DAVIDSON
Assistant United States Attorney

Dated: February 27, 2020

FREDERICK SCHENK
JILLIAN F. HAYES
CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD, LLP

By: */s/ Frederick SchenkI (*auth. 2/27/2020*)*
Attorneys for Plaintiff

ORDER:

For good cause appearing, the Court sets the following deadlines:

| Event | Schedule |
|---|---|
| Deadline to disclose experts on issues which a party does not bear the burden of proof | April 27, 2020 |
| Expert rebuttal reports | June 12, 2020 |
| Expert discovery cutoff | July 10, 2020 |
| Deadline for hearing on dispositive motions | September 4, 2020 |

IT IS SO ORDERED.

DATED: March 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE