McGREGOR W. SCOTT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Rachel.Davidson@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANFRANCO RUFFINO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-CV-02719-KJM-CKD<br><br>STIPULATION AND ORDER TO EXTEND CASE SCHEDULE |

Plaintiff and the United States, through counsel, stipulate to a request that the Court amend the current case schedule to extend the parties' expert discovery deadline and the deadline for hearing of dispositive motions. Currently, expert depositions are scheduled to be completed by July 10, 2020. However, due to limitations caused by the coronavirus, including continued office closures, restrictions on in-person depositions, and child care challenges for counsel for the United States, the parties have agreed to and request more time to complete expert discovery and dispositive motions. Accordingly, the parties' respectfully request that the Court amend the current case schedule as follows:

| Event | Current Schedule | Requested Schedule |
|---|---|---|
| Expert discovery cutoff | July 10, 2020 | **September 18, 2020** |
| Deadline for hearing on dispositive motions | September 4, 2020 | **November 20, 2020** |

///

STIPULATION TO EXTEND CASE SCHEDLE        1

                                      Respectfully submitted,

Dated: June 18, 2020                    McGREGOR W. SCOTT
                                      United States Attorney

                                  By: */s/ Rachel R. Davidson*
                                          RACHEL R. DAVIDSON
                                          Assistant United States Attorney

Dated: June 18, 2020                    CASEY GERRY SCHENK FRANCAVILLA
                                      BLATT & PENFIELD, LLP

                                  By: */s/ Frederick Schenk (*auth. 6/17/2020*)*
                                          FREDERICK SCHENK
                                          JILLIAN F. HAYES
                                          Attorneys for Plaintiff

## ORDER:

For good cause appearing, the Court sets the following deadlines:

| Event | Schedule |
|---|---|
| Expert discovery cutoff | September 18, 2020 |
| Deadline for hearing on dispositive motions | December 11, 2020 |

IT IS SO ORDERED.

DATED: June 24, 2020.

                                                  CHIEF UNITED STATES DISTRICT JUDGE